DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOROTHY NATIELLO** and
**WILLIAM NATIELLO,**
Appellants,

v.

**WINN DIXIE STORES, INC.,**
Appellee.

No. 4D17-349

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 2013CA007418XXXXMB.

Jeff Tomberg, Tomberg, Hanson & Halper, LLC, Delray Beach, for appellants.

Julie B. Glassman, Cosio Law Group, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***